UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ANDRE CALIX,

                  Plaintiff,              No. 20 Civ. 09680 (LAP)

-against-

UNITED STATES OF AMERICA,

                  Defendants.
```

```
UNITED STATES OF AMERICA,

                  Plaintiff,             No. 13 Cr. 00582 (LAP)

-against-                                       ORDER

ANDRE CALIX,

                  Defendants.
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is aware that the parties are exchanging discovery pertaining to Brady disclosures regarding one of the testifying witnesses at Defendant's trial, Detective Gerald Rex, and latent print identification, about which he testified, (dkt. nos. 14, 16 on 20 Civ. 09680 and dkt. nos. 160-61 on 13 Cr. 00582).  In light of this ongoing discovery, Defendant's motion for reconsideration of the Court's December 15, 2022 order denying his motion to vacate his sentence pursuant to 28 U.S.C. § 2255 is being held in abeyance, (dkt. no. 11 on 20 Civ. 09680 and dkt. no. 156 on 13 Cr. 00582).

The parties shall confer and inform the Court, by the letter, of the status of discovery by May 30, 2025.

**SO ORDERED.**

Dated:     May 14, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge